# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baldwin Park Free Speech Coalition et al<br><br>v.<br><br>City of Baldwin Park<br><br>PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER**<br>2:19-cv-09864 CAS(Ex)<br><br>**ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1**<br>(Magistrate Judge Related Cases) |

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to transfer of the above-entitled case ☐ as to matters referred pursuant to General Order 05-07 ☒ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and General Order 19-03.

_____          _____
Date                            United States Magistrate Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Although the undersigned was assigned as the "X" Judge in the prior action, she did not perform any work in the case and was not involved in any proceedings therein while it was pending. In addition, the undersigned has no awareness of any matters related to the prior case.

November 21, 2019          /s/
Date                       United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:16-cv-09167 CAS(GJSx)  and the present case:

☒ A. Arise from the same or closely related transactions, happenings or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34A (03/19)   ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)