CAROL A. SOBEL SBN 84483
MONIQUE A. ALARCON SBN 311650
WESTON ROWLAND  SBN 327599
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, ca 90401
T. 310 393 3055
E. carolsobel@aol.com
E. monique.alarcon8@gmail.com
E. rowland.weston@gmail.com

PAUL COOK SBN 290583
13148 Parkwood Place
Baldwin Park, CA 91706
E. cookp2012@lawnet.ucla.edu

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| BALDWIN PARK FREE SPEECH COALITION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BALDWIN PARK,<br><br>Defendant. | Case No.: 2:19-cv-09884- CAS-E<br><br>DECLARATION OF CAROL A. SOBEL IN SUPPORT OF PRELIMINARY INJUNCTION<br><br>Date: February 3, 2020<br>Time: 10:00 a.m.<br>Ctrm: 8D<br><br>Action filed: Nov. 18, 2019 |

## DECLARATION OF CAROL A. SOBEL

I, CAROL A. SOBEL, declare as follows:

1. I am an attorney admitted to practice before the Supreme Court of the State of California and the United States District Court for the Central District of California, among other federal courts.

2. This declaration is submitted in support of Plaintiff's' motion for a preliminary injunction. The facts set forth herein are within my personal knowledge. If called as a witness, I could and would testify competently to the same.

3. Attached to my declaration at Exhibit 19 is a true and correct copy of Baldwin Park Municipal Code Sec. 153.170 *et seq*. I downloaded the text from the link on the City's official website. I edited out sections not relevant to this action. The edits are shown by ellipsis.

4. Attached to my declaration at Exhibit 20 is a true and correct copy of a letter I received by email on November 15, 2019 from attorney Johnny Griggs of the law firm of Albright, Yee & Schmitt.

5. Attached to my declaration at Exhibit 21 is a true and correct copy of the application for a temporary sign obtained from the City.

I declare under penalty of perjury that the forgoing is true and correct. Executed on 30th of December, 2019 at Santa Monica, California.

*Carol A. Sobel*
CAROL A. SOBEL

Declaration of CAROL A. SOBEL 1