**EXHIBIT 21 SOBEL DECLARATION**
**Case No. 2:19-09884 CAS - E**



**CITY OF BALDWIN PARK**
**PLANNING DIVISION**
**14403 E. PACIFIC AVENUE**
**BALDWIN PARK, CA 91706**
**(626) 813-5261**

# TEMPORARY SIGN PERMITS

The following are permitted temporary signs within the City of Baldwin Park.

No more than two temporary signs, of 35 square feet each, may be displayed for each business at any one time, each of which may be displayed for a maximum of thirty (30) consecutive days and may be displayed up to four (4) nonconsecutive times within a twelve (12) month period. (Section 153.170.060)

### PERMITTED SIGNS

1. A banner not exceeding 35 square feet.
2. A single-pole flag with ground spikes not exceeding 35 square feet.

### B.   Standard for Temporary Signs.

Such Temporary Signs shall comply with the following standards:
- Location and attachment. Temporary banner signs shall be attached to the main building wall or fence and shall not extend above the roofline or height of the wall or fence on which they are located.
- Balloons. Balloons shall not be used in conjunction with any temporary sign.
- Attachment and illumination. Temporary banner signs shall not be freestanding or illuminated.

### APPLICATION MATERIALS/FEE

A sign fee of $20.00 [handwritten: $21] is charged for each temporary sign. A completed temporary sign permit application package includes:
1. Completed Application
2. Two (2) copies of the drawing or photograph of the proposed temporary sign
   - Show Height, Width and Language
3. Copy of Business License **or** Application with validation
4. A fee of $20.00 per sign [handwritten: $21]

### CERTIFICATION STATEMENT:

An application may be submitted to the City of Baldwin Park Planning Division located at:

**City of Baldwin Park**
**Planning Division**
**14403 East Pacific Avenue**
**Second Floor**
**Baldwin Park, CA 91706**
**(626) 813-5261**
**Office Hours:**
**Monday – Thursday**
**7:30 a.m. to 6:00 p.m.**



## CITY OF BALDWIN PARK

# TEMPORARY SIGN PERMIT

see 153.385 of the Municipal Code
for calendar year _____

**GENERAL INFORMATION**

**Sign Address** _____

**Owner** _____

**Mailing Address** _____

**Business Name** _____

**SIGN INFORMATION**

| Date Displayed | Date Removed | Days | Type | Description |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

I have read this application and all information is correct. I agree to comply with all regulations regarding temporary signs:

**Signature of Applicant** _____

---

**FOR CITY USE ONLY**

**Approved by** _____  **Date** _____  **Zone** _____