CAROL A. SOBEL SBN 84483
MONIQUE A. ALARCON SBN 311650
WESTON ROWLAND  SBN 327599
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, ca 90401
T. 310 393 3055
E. carolsobel@aol.com
E. monique.alarcon8@gmail.com
E. rowland.weston@gmail.com

PAUL COOK SBN 290583
13148 Parkwood Place
Baldwin Park, CA 91706
E. cookp2012@lawnet.ucla.edu

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

| | |
|---|---|
| BALDWIN PARK FREE SPEECH COALITION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BALDWIN PARK, <br><br> Defendant. | Case No.: 2:19-cv-09864- CAS -E <br><br> DECLARATION OF ROBERT EHLERS IN SUPPORT OF PRELIMINARY INJUNCTION <br><br> Date: February 3, 2020 <br> Time: 10:00 a.m. <br> Ctrm: 8D <br><br> Action Filed: Nov. 18, 2019 |

# DECLARATION OF ROBERT EHLERS

I, Robert Ehlers, declare as follows:

1. This declaration is submitted in support of Plaintiff's motion for preliminary injunction. The facts set forth herein are within my personal knowledge. If called as a witness, I could and would testify to the same.

## BACKGROUND OF THIS LAWSUIT

2. I am a business owner of the commercial property located on Puente Ave. and Ramona Blvd. This property is zoned for industrial-commercial purposes.

3. I am also a participant in the Plaintiff Baldwin Park Free Speech Coalition.

4. In mid-March 2019, I learned of a newspaper report concerning a jury verdict of $7 million based on a finding that Council Member, Ricardo Pacheco ("Pacheco") discriminated against Baldwin Park's former Chief of Police.

5. A few months ago, I learned of a story in the San Gabriel Valley Tribune alleging a number of acts of corruption involving Pacheco, including use of a public agency credit card at strip clubs.

6. After reading these stories, on or about March 17, 2019, I hung two identical banners on the South and West wall of the building identified in Paragraph 2. The banners caricaturize Pacheco as a jackass and label him a "liar", "bully," "fraud", "abuser" and "corrupt". Below those words, my banners state, "DO NOT VOTE COUNCIL MEMBER RICARDO PACHECO". Exhibit 1.

7. Because my property has a fair amount of traffic, I want members of the public to see my personal belief regarding Pacheco's corruption. I hope that he will be voted out of office for the city council elections in November of 2020. I believe that public debate on such issues may take a long time to build, as is occurring with the national presidency campaign.

## HISTORY OF CITY CITATIONS, TAX LIENS, AND DEBT COLLECTION

8. The City has issued multiple notices of fines, tax liens and now debt collection for the fines imposed for alleged violations of the City's sign ordinance. The total fines now exceed $12,000.

9. True and correct copies of each of the notices received by me or my father are attached at Exhibit 2. The first notice was received on April 17, 2019, the City issued the first notice of violation for the signs at our property. The notice issued under BPMC 153.170.060 ("temporary sign ordinance"). Subsequently, on May 2, 2019, the City sent an additional notice and increased the fine to $200.

10. On May 23, 2019, the City issued a "2nd Failure to Comply Notice.

11. On June 4, 2019, the City imposed an additional fine of $200 with an "Official Notice of Delinquent Administrative Citation."

12. On June 7, 2019, the City imposed a fine of $1000 with a "3rd Administrative Citation."

13. On June 24, 2019 -through my counsel, I made a request to the City Council, Mayor and City Manager to dismiss the citations or provide an administrative hearing. A day later, the City fined me another $400 with an "Official Notice of Delinquent Administrative Citation."

14. On July 31, 2019, the City denied my request for an administrative hearing for failure to pay a "deposit" to obtain an administrative hearing

15. On August 9, 2019, the City fined me another $200 and threatened a lien on the property through the Franchise Tax Board with an "Official Tax Offset Notice Administrative Citation(s)".

16. On September 10, 2019, the City fined me $2,000 with a "5th Administrative Citation".

17. On September 24, 2019, the City fined me $2,000 with a "6th Administrative Citation".

18. On October 1, 2019, the City again fined another $2,000, and again stated that if all the fines were not paid, a lien would be placed on the property through the Franchise Tax Board "Official Tax Offset Notice Administrative Citation(s)" and "Official Tax Offset Notice Administrative Citation(s)".

19. Just three weeks later, on October 21, 2019, the City again issued a fine of $2,000 with an "Official Notice of Delinquent Administrative Citations".

20. On November 1, 2019, the City sent a "Notice of Delinquent Administrative Citations" for an unpaid fine of $2,000.

21. I have not received notice that, on November 20, 2019, the City assigned $200 to a collection agency, with a letter titled "Notice of Delinquent Administrative Citation Penalties."

22. On December 3, 2019, the City again issued a notice of a $2,000 fine, and again stated that if all the fines are not paid, a lien would be placed on the property through the Franchise Tax Board "Official Tax Offset Notice Administrative Citation(s)" and "Official Tax Offset Notice Administrative Citation(s)".

**NON-CONFORMING SIGNS EXIST THROUGHOUT THE CITY**

23. At the time I put up banners on our property, I was aware of permanent banners and signs displayed throughout the City which did not appear to conform to the sign ordinance. Attached to my declaration at Exhibis 3-17 are some of the non-conforming signs I observed recently in the City. Some are larger than the signs on our building and some have been displayed for long periods of time, contrary to the time restrictions for "temporary" signs.

**OVERSIZED SIGNS**

24. Only six feet away from my Pacheco-banner, two static billboards approximately the size of 20' x 10' exist. This is about two and a half times the size of my banners. One billboard advertises Modelo beer. (Ex. 3). The other one advertises an accident lawyer. (Ex. 4).

25. About 0.6 miles away from my Pacheco-banner, at 14514 Ramona Blvd., a Frontier FIOS temporary banner exists, which is about over 40' x 10'. This is about five times the size of our sign. (Ex. 5)  I have observed this banner up for approximately two years.

26. About 0.7 miles away from our property at 14401 Ramona Blvd, is a temporary banner sign by Plaza Park on Maine. The sign reads "FREE CRAFT EVENT". This sign is about 21' x 4.5'. This is a little larger in area than the sign I display. (Ex. 6)

27. About 1.8 miles away from our property, a temporary banner is displayed at Frank's market – which states, "WE CASH ALL TYPE OF COMMERCIAL CHECKS". The message is also translated in Spanish. (Ex. 7). This sign is about 12' x 6', which is about the same square footage as our sign...

28. About 2.7 miles away from our property , at Baldwin Park Blvd. & Dalewood St., theirs is a temporary banner for "JP Automotive.". This banner has been hanging there for at least five months. This sign is about 12' x 4'.  (Ex. 8)

29. About 2.9 miles away from our location, off the 10 East Baldwin Park Blvd- exit, there is a temporary banner for "NICHOLS LUMBER". The sign is about 19.5' x 9.5'. This is over twice the square footage of our sign. (Ex. 9)

30. About 3 miles away from our property, off the 10 East Frazier St. exit, there are two billboards advertising Morengo Casino and Fantasy Spring Casino. (Ex. 10)

31. According to the City's executive report[1], these billboards are 672 square feet. Hence, these billboards are about eight times the size of the temporary banners displayed on our building.

---

[1] https://www.baldwinpark.com/docssidemenu/community-development/planning/environmental-documents/digital-billboards-is-mnd-final/969-blpk-003-digital-sign-ordinance-executive-summary-september-12-2016/file

## SIGNS DISPLAYED LONGER THAN 3 MONTHS

32. For at least five months plus, at about .8 miles from my building, at 14361 Ramona Blvd, Baldwin Park, CA 91706, at the Baldwin Park Medical Center, I have observed a "temporary" sign re: "FOR LEASE & SALE CBRE". (Ex. 11).

33. For more than five months, I observed a "grand opening" sign displayed on the property at 14334 Ramona Blvd , announcing the grand opening of an insurance company.  (Ex. 12)

34. For more than five months, a banner has been affixed on the building at 4220 Ramona Blvd 14334 Ramona Blvd, by the business located there.  It states: "WE'RE MOVING". (Ex. 13).

35. For at least five months, at 1.2 miles away, at 3883 Baldwin Park Blvd., the local Catholic church, St. John, has displayed a temporary banner advertising Bingo every Friday night. (Ex. 14).

## MORE THAN ONE BANNER PER PROPRETY

36. There are five signs on one property about 1 to 1.5 miles away from me, at 4390 Maine Ave., at the Altadena Dairy. They advertise Rockstar energy drinks, Gatorade, Pepsi, and two signs for the California lottery. (Ex. 15).

37. There are two temporary banners about 0.7 miles away, at 7-Eleven, at 3705 Puente Ave, Baldwin Park, CA 91706.  One banner states: "BUDWEISER OR BUD LIGHT CHEAPEST PRICE IN TOWN!" the other states,: Teca-Lite (a beer) is $12.99 for 18 pack can.  (Ex. 16).

38. There are two temporary banners at the 7-Eleven, at 14101 Francisquito Ave. One banner advertises a "12 pack can" at "$8.99". (Ex. 17); the other one says: "WE ACCEPT EBT". (Ex. 18).

39. I want to be able to communicate my views to the public from the property my family owns in Baldwin Park.   As the City's sign ordinance is now written, I cannot communicate my political speech on issues of central concern to the

community, including repeated allegations of corruption by elected officials. The sign ordinance requires me to get a permit, tell the City what I want to say, and pay a permit fee.  I would not have to do any of this if I wanted to put up a "permanent" sign on our building advertising the business.

40. Moreover, the City ordinance restricts how much I can speak by a sign on our property.  I am can only speak four times a year for a maximum period of 30 consecutive days each time. This restriction does not allow me to communicate my beliefs and views, which are continuous and ongoing.  For instance, according to recent news[2], Pacheco was fired from his former employment at the West Valley Water Board, allegedly for charging his ratepayer credit card for expenses at a strip club.  He is still a Baldwin Park Council Member.

41. I want to display my banner as long as Pacheco is appearing in the news for alleged corrupt acts or until he is voted out.

42. Also, the city ordinance's time restriction on how long banners can be displayed, does not allow me to react in a timely fashion to events as they occur.  The issues around our elected officials have been occurring for several years.  In addition to news reports about corruption at the Water District, there was a multi-million jury verdict in a discrimination case concerning the former police chief.  Pacheco, Baldwin Park's current city attorney, and the former Baldwin Park police chief have also been sued on various grounds of corruption in a whistleblower lawsuit, which is ongoing.  I want to be able to speak with banners on these and other issues as they arise in our City.

43. My family and I are distressed at the possibility that a tax lien could be placed on our property and that at least one fine was sent to collection.  This adversely impacts our credit.

---

[2] https://www.sbsun.com/2019/11/08/baldwin-park-councilman-pushed-out-of-embattled-rialto-water-district-after-6-month-paid-leave/

44. More seriously, the City recently charged my elderly father, Albert Ehlers, with a misdemeanor for violating the sign ordinance because we would not agree to submit to what we believe is an unconstitutional restriction on our First Amendment rights. The Albert Ehlers Family Trust is the legal name on the property ownership.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on the 29 of December, 2019 at Baldwin Park, California.

_____
Robert Ehlers