# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV19-9864CAS(Ex) | Date | January 15, 2020 |
|---|---|---|---|
| Title | BALDWIN PARK FREE SPEECH COALITION, et al. v. CITY OF BALDWIN PARK | | |

Present: The Honorable **CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE**

| Catherine Jeang | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Carol Sobel

Attorneys Present for Defendants:

Mitchel Langberg

**Proceedings:** TELEPHONE STATUS CONFERENCE RE: CASE

Hearing held by telephone and the parties are present. The Court confers with the parties regarding their Stipulation to Continue Hearing Date of Motion for Issuance of a Preliminary Injunction [19]. For reasons stated on the record, defense counsel shall confer with his client forthwith. Thereafter, email a response to the Courtroom Deputy Clerk, copying plaintiff's counsel, regarding the Court's inquiries.

00 : 06

Initials of Preparer   CMJ