BROWNSTEIN HYATT FARBER SCHRECK, LLP
MITCHELL J. LANGBERG (State Bar No. 171912)
mlangberg@bhfs.com
EMILY L. DYER (State Bar No. 321707)
edyer@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 702.464.7098
Facsimile: 310.500.4602

Attorneys for Defendant
CITY OF BALDWIN PARK

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BALDWIN PARK FREE SPEECH COALITION, an unincorporated association, ROBERT EHLERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BALDWIN PARK,<br><br>Defendant. | Case No. 2:19-cv-09864 CAS-Ex<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR ISSUANCE OF A PRELIMINARY INJUNCTION**<br><br>*[Filed concurrently with Stipulation to Continue Hearing on Motion for Issuance of Preliminary Injunction]* |

Plaintiffs BALDWIN PARK FREE SPEECH COALITION and ROBERT EHLERS (collectively, "Plaintiffs") and Defendant CITY OF BALDWIN PARK ("Defendant") submitted a Stipulation to the Court to continue the hearing on the Motion for Issuance of a Preliminary Injunction ("Motion") from February 3, 2020 to February 10, 2020.

IT IS HEREBY ORDERED that:

1) the hearing on the Motion for Issuance of a Preliminary Injunction is taken under submission upon receipt of all briefing. The February 3, 2020 hearing is hereby taken off calendar.

///

1

Order Granting Stip. To Continue Hearing On Mot.
For Issuance Of A Prelim. Injunction -
CASE NO. 2:19-CV-09884 CAS-E

2) the opposition to the Motion is due by January 21, 2020; and

3) the reply in support of the motion is due by January 28, 2020.

IT IS SO ORDERED.

Dated: January 13, 2020

_____
Honorable Christina A. Snyder
United States District Judge

Order Granting Stip. To Continue Hearing On Mot. For Issuance Of A Prelim. Injunction -
CASE NO. 2:19-CV-09884 CAS-E

2