BROWNSTEIN HYATT FARBER SCHRECK, LLP
MITCHELL J. LANGBERG (State Bar No. 171912)
mlangberg@bhfs.com
EMILY L. DYER (State Bar No. 321707)
edyer@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA  90067
Telephone:  702.464.7098
Facsimile:   310.500.4602

Attorneys for Defendant
CITY OF BALDWIN PARK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BALDWIN PARK FREE SPEECH COALITION, an unincorporated association; ROBERT EHLERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BALDWIN PARK,<br><br>Defendant. | CASE NO.:  2:19-cv-09884 CAS-E<br><br>Assigned to Honorable Christina A. Snyder<br><br>**DECLARATION OF MITCHELL J. LANGBERG IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

20204149

1

I, Mitchell J. Langberg, Esq., hereby declare:

1. I am a shareholder at the law firm of Brownstein Hyatt Farber Schreck, LLP ("Brownstein"), counsel for Defendant City of Baldwin Park in the above-entitled action.

2. I make this Declaration in support of City of Baldwin Park's Opposition to Plaintiffs' Motion for a Preliminary Injunction.

3. I have personal knowledge of all matters stated herein and would be competent to testify to them if called upon to do so.

4. After reviewing the Plaintiffs,' Robert Ehlers ("Ehlers") and Baldwin Park Free Speech Coalition ("BPFSC", collectively with Ehlers, "Plaintiffs"), Motion for a Preliminary Injunction and Notice of Motion and Proposed Order, it was not clear to me exactly what relief Plaintiffs were seeking.

5. Therefore, I contacted Plaintiffs' counsel, Carol A. Sobel, Esq., to clarify the specific relief Plaintiffs seek. A true and correct copy of the e-mail thread is attached to the Appendix as **Exhibit 2**.

6. Ms. Sobel informed me that Plaintiffs requested an order enjoining the "Temporary Sign" provision, and pointed me to Plaintiffs' proposed order. *Id.*

7. Plaintiffs' proposed order seeks an order enjoining Code § 153.170.040, the "Exempt Sign" provision.

8. I e-mailed Ms. Sobel again to clarify. *Id.*

9. To date, Ms. Sobel did not clarify Plaintiffs' requested relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of January, 2020.

_____
MITCHELL J. LANGBERG