1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
2  MITCHELL J. LANGBERG (State Bar No. 171912)
   mlangberg@bhfs.com
3  EMILY L. DYER (State Bar No. 321707)
   edyer@bhfs.com
   2049 Century Park East, Suite 3550
4  Los Angeles, CA  90067
   Telephone:  702.464.7098
5  Facsimile:   310.500.4602

6  Attorneys for Defendant
   CITY OF BALDWIN PARK
7

8              **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

| | |
|---|---|
| 11  BALDWIN PARK FREE SPEECH COALITION, an unincorporated association, ROBERT EHLERS, an individual, | Case No.  2:19-cv-09864 CAS-E |
| | Assigned to Honorable Christina A. Snyder |
| 13            Plaintiffs, | **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 14  v. | |
| 15  CITY OF BALDWIN PARK, | |
| 16            Defendant. | |

19      Defendant City of Baldwin Park hereby submits the attached exhibits in

20  support of its Opposition to Plaintiffs' Motion for Preliminary Injunction:

21

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| 1 | Temporary Sign Permit Application |
| 2 | Email Thread Between M. Langberg and C. Sobel |
| 3 | GTE California Notice of Violation and Photos |
| 4 | Sabbah Notice of Violation |
| 5 | Sabbah Violation Photos |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

Appendix Of Exhibits In Support Of Defendant's
Opposition To Plaintiffs' Motion For Preliminary
Injunction (CASE #: 2:19-CV-09884 CAS-E)

| **EXHIBIT NO.** | **DESCRIPTION** |
| --- | --- |
| 6 | JP Auto Notice of Violation and Photo |
| 7 | Nichols Notice of Violation and Photo |
| 8 | CBRE Photo |
| 9 | We're Moving Photo (Removed) |
| 10 | Bingo Photo (Removed) |
| 11 | 7-Eleven Notice of Violation and Photo |
| 12 | Haunted House Photo |
| 13 | Electronic Recycling Photo |
| 14 | Flip House Photo |
| 15 | Now Hiring Photo |
| 16 | Uncontested Divorce Photo |
| 17 | Electronic Waste Recycling Photo |
| 18 | Buy A Home Photo |
| 19 | 1000 Biz Cards Photo |
| 20 | Concert Photo |
| 21 | Music Photo |
| 22 | Partners Personnel Notice of Violation and Photo |
| 23 | Carl's Jr. Notice of Violation and Photo |
| 24 | Wienerschnitzel Notice of Violation and Photo |
| 25 | Taco Ready Notice of Violation and Photo |
| 26 | Auto Tech Warehouse Notice of Violation and Photo |
| 27 | Hernandez Notice of Violation and Photo |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

Appendix Of Exhibits In Support Of Defendant's
Opposition To Plaintiffs' Motion For Preliminary
Injunction (CASE #: 2:19-CV-09884 CAS-E)

1    Dated: January 21, 2020                    BROWNSTEIN HYATT FARBER
2                                               SCHRECK, LLP
                                                EMILY L. DYER
3

4                                               By: /s/ *Mitchell J. Langberg*
5                                                   MITCHELL J. LANGBERG
                                                    Attorneys for Defendant
6                                                   CITY OF BALDWIN PARK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067

Appendix Of Exhibits In Support Of Defendant's
Opposition To Plaintiffs' Motion For Preliminary
Injunction (CASE #: 2:19-CV-09884 CAS-E)

# EXHIBIT 1



**CITY OF BALDWIN PARK**
**PLANNING DIVISION**
**14403 E. PACIFIC AVENUE**
**BALDWIN PARK, CA  91706**
**(626) 813-5261**

# TEMPORARY SIGN PERMITS

The following are permitted temporary signs within the City of Baldwin Park.

No more than two temporary signs, of 35 square feet each, may be displayed for each business at any one time, each of which may be displayed for a maximum of thirty (30) consecutive days and may be displayed up to four (4) nonconsecutive times within a twelve (12) month period. (Section 153.170.060)

**PERMITTED SIGNS**

1.    A banner not exceeding 35 square feet.
2.    A single-pole flag with ground spikes not exceeding 35 square feet.

**B.      Standard for Temporary Signs.**

Such Temporary Signs shall comply with the following standards:
- Location and attachment.   Temporary banner signs shall be attached to the main building wall or fence and shall not extend above the roofline or height of the wall or fence on which they are located.
- Balloons. Balloons shall not be used in conjunction with any temporary sign.
- Attachment and illumination.   Temporary banner signs shall not be freestanding or illuminated.

**APPLICATION MATERIALS/FEE**

A sign fee of $21.00 is charged for each temporary sign. A completed temporary sign permit application package includes:
1. Completed Application
2. Two (2) copies of the drawing or photograph of the proposed temporary sign
   -    Show Height, Width and Language
3. Copy of Business License **or** Application with validation
4. A fee of $20.00 per sign

**CERTIFICATION STATEMENT:**

An application may be submitted to the City of Baldwin Park Planning Division located at:

**City of Baldwin Park**
**Planning Division**
**14403 East Pacific Avenue**
**Second Floor**
**Baldwin Park, CA 91706**
**(626) 813-5261**
**Office Hours:**
**Monday – Thursday**
**7:30 a.m. to 6:00 p.m.**



**CITY OF BALDWIN PARK**

# TEMPORARY SIGN PERMIT

*see 153.385 of the Municipal Code*
*for calendar year _____*

**GENERAL INFORMATION**

**Sign Address** _____

**Owner** _____

**Mailing Address** _____

**Business Name** _____

**SIGN INFORMATION**

| Date Displayed | Date Removed | Days | Type | Description |
|----------------|--------------|------|------|-------------|
|                |              |      |      |             |
|                |              |      |      |             |
|                |              |      |      |             |
|                |              |      |      |             |

*I have read this application and all information is correct. I agree to comply with all regulations regarding temporary signs:*

**Signature of Applicant** _____

_____

**FOR CITY USE ONLY**

**Approved by** _____  **Date** _____  **Zone**

# EXHIBIT 2

| | |
|---|---|
| **From:** | Langberg, Mitchell |
| **Sent:** | Friday, January 17, 2020 2:01 PM |
| **To:** | Carol Sobel |
| **Cc:** | Dyer, Emily L. |
| **Subject:** | RE: Proposed Orders (Confirmation): 19-cv-09864 CAS |

Carol,

Thank you for sending this.   Please look at the specific section cited in the actual order.   That section only pertains to exempt signs.  This is not a "gotcha" effort.  Whatever you say the injunction you seek is, we will respond to.  But, I think you need to be specific about the sections and provisions you seek for which you seek to enjoin enforcement.  And, I don't think it is the one you cited.

Let me know if I am missing something.

Thanks,

Mitch

**Mitchell J. Langberg**
**Brownstein Hyatt Farber Schreck, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702.464.7098 tel
mlangberg@bhfs.com

**From:** Carol Sobel [mailto:carolsobellaw@gmail.com]
**Sent:** Friday, January 17, 2020 2:58 PM
**To:** Langberg, Mitchell
**Subject:** Fwd: Proposed Orders (Confirmation): 19-cv-09864 CAS


---------- Forwarded message ---------
From: <ProposedOrder_DoNotReply@cacd.uscourts.gov>
Date: Mon, Dec 30, 2019 at 9:45 PM
Subject: Proposed Orders (Confirmation): 19-cv-09864 CAS
To: <carolsobel@aol.com>, <carolsobellaw@gmail.com>

Attached is the proposed order filed with the Court. We had to submit this as a courtesy copy to the court and both deliveries - to the City and the Court - were identical.  Attached is a copy in PDF.  The prelim inj is clear that we are seeking an injunction suspending enforcement of the "Temporary Signs" segment of the ordinance.

# Thank you for submitting Proposed Order documents for Case: 19-cv-09864 CAS



Files you attached:

    11-main.pdf

    11-1.pdf

    PROPOSED ORDER.wpd

United States District Court, Central District of California.

# EXHIBIT 3



City of Baldwin Park
Code Enforcement Division
14403 East Pacific Avenue
Baldwin Park, CA 91706
(626) 960-4011 x-462
(626) 962-2625 Fax

# Notice of Violation

**Date:  December 13, 2019**

**GTE CALIF INC**
**14436 RAMONA BLVD**
**BALDWIN PARK, CA 91706-0000**

RE:      **Case No: CE-19-1526**
           **APN:   8554-001-814**
           **Address: 14436 RAMONA BLVD, BALDWIN PARK, CA**

To Whom It May Concern:

As you may be aware an inspection of the above property was conducted on **December 13, 2019**. In an effort to improve and beautify the community, the City is actively enforcing the City Municipal Code. Therefore, we need your cooperation in correcting the violations below that existed during the inspection.

This Notice of Violation is to inform you of the violation(s) and to advise you of any corrective action(s) that need to be completed. You may or may not have been aware that this property is in violation of the City Municipal Code and this Notice of Violation is an attempt to allow you the time necessary to correct the violation(s). Failure to take the necessary action(s) may result in the issuance of a misdemeanor citation, Administrative Citation(s), and/or other legal actions being taken to ensure compliance with the applicable code(s). The City would like to avoid taking any further action(s) and requests your cooperation in the correction of the violation(s).

The following violations were observed during the property inspection, it is necessary to perform the corrective action before the Compliance Date. Another inspection will be conducted on or immediately after the compliance date to verify compliance.

| Code Section: | Corrective Action: | Compliance Date: |
|---|---|---|
| BPMC § 153.170-060. Sign Permit Required: A sign permit shall be required **prior** to the placement, construction or physical alteration of the size, height or location of any sign or advertising display in the city. A sign permit may be obtained from the Planning Division. | Remove immediately all non-permitted signs including all non-permitted permanent signs, banners, or temporary signs until a sign permit is obtained from the Planning Division. 626 960-4011x475 LARGE BANNER ALONG RAMONA BLVD | 12/27/19 |

If you have any further questions, special circumstances or need the Code Enforcement Officer to contact you, you may contact the Code Enforcement Division at (626) 960-4011 x-462 on Monday through Thursday between the hours of 8:00 AM and 5:00 PM.

Thank you for your cooperation in this matter,

Greg Ricchio
Code Enforcement Tech.

| *Photographs* |
| --- |



BANNER



City of Baldwin Park
Code Enforcement Division
14403 East Pacific Avenue
Baldwin Park, CA 91706
(626) 960-4011 x-462
(626) 962-2625 Fax

# Notice of Violation

Date:  December 13, 2019

**GTE CALIF INC**
**14436 RAMONA BLVD**
**BALDWIN PARK, CA 91706-0000**

RE:    Case No: CE-19-1526
       APN:    8554-001-814
       Address: 14436 RAMONA BLVD, BALDWIN PARK, CA

To Whom It May Concern:

As you may be aware an inspection of the above property was conducted on **December 13, 2019**. In an effort to improve and beautify the community, the City is actively enforcing the City Municipal Code. Therefore, we need your cooperation in correcting the violations below that existed during the inspection.

This Notice of Violation is to inform you of the violation(s) and to advise you of any corrective action(s) that need to be completed. You may or may not have been aware that this property is in violation of the City Municipal Code and this Notice of Violation is an attempt to allow you the time necessary to correct the violation(s). Failure to take the necessary action(s) may result in the issuance of a misdemeanor citation, Administrative Citation(s), and/or other legal actions being taken to ensure compliance with the applicable code(s). The City would like to avoid taking any further action(s) and requests your cooperation in the correction of the violation(s).

The following violations were observed during the property inspection, it is necessary to perform the corrective action before the Compliance Date. Another inspection will be conducted on or immediately after the compliance date to verify compliance.

| Code Section: | Corrective Action: | Compliance Date: |
|---|---|---|
| BPMC § 153.170-060. Sign Permit Required: A sign permit shall be required **prior** to the placement, construction or physical alteration of the size, height or location of any sign or advertising display in the city. A sign permit may be obtained from the Planning Division. | Remove immediately all non-permitted signs including all non-permitted permanent signs, banners, or temporary signs until a sign permit is obtained from the Planning Division. 626 960-4011x475 LARGE BANNER ALONG RAMONA BLVD | 12/27/19 |

If you have any further questions, special circumstances or need the Code Enforcement Officer to contact you, you may contact the Code Enforcement Division at (626) 960-4011 x-462 on Monday through Thursday between the hours of 8:00 AM and 5:00 PM.

Thank you for your cooperation in this matter,

Greg Ricchio
Code Enforcement Tech.

| Photographs |
| --- |



BANNER

# EXHIBIT 4

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION
14403 EAST PACIFIC AVENUE
BALDWIN PARK, CALIFORNIA 91706
(626) 960-4011, Ext. 104

# NOTICE

1:40 PM

JOB ADDRESS 5026 MAINE AVE.

OWNER GEORGE SABBAH & ELIAS KAJ

CDL - ▮▮▮▮▮    DOB ▮▮▮▮▮

6) ▮▮▮▮▮

- BPMC 153.170.030 & 153.170.040 -
REMOVE ALL NON-PERMITTED SIGNS/
BANNERS, INCLUDING WINDOW SIGNS
COVERING AN AREA OF OVER 40%, OR
OBTAIN A SIGN PERMIT FROM THE
PLANNING DEPARTMENT

- FAILURE TO COMPLY MAY RESULT IN
ADMINISTRATIVE CITATIONS AND/OR
OTHER LEGAL ACTIONS

- COMPLY BY: 01/21/2020

X _____

01/07/2020                    _____
DATE                          INSPECTOR'S SIGNATURE

# EXHIBIT 5





# EXHIBIT 6

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION
14403 EAST PACIFIC AVENUE
BALDWIN PARK, CALIFORNIA 91706
(626) 960-4011, Ext. _462_

## NOTICE        *12:10pm*

JOB ADDRESS _13455 DALEWOOD ST #11_

OWNER _J P AUTO PARTS_

— _ZONING CODE 153.170.060
TEMPORARY SIGNS (A-B)_

— _REMOVAL ALL NON-PERMITTED
SIGNS INCLUDING ALL NON-
PERMITTED BANNERS OR
TEMPORARY SIGN UNTIL A
PERMIT HAS BEEN OBTAIN
FROM THE PLANNING DEPT.
IF APPLICABLE._

— _PLEASE CORRECT ALL VIOLATIONS
ON OR BEFORE JANUARY 20, 2020
12:10pm_

— _FAILURE TO COMPLY MAY
RESULT IN ADMINISTRATIVE
CITATION AND/OR OTHER
LEGAL ACTION (S)_

D.L.# ████████   D.O.B ████████

_JORGE NORBERTO ROMO-LARA_

✱ _01/06/2020_        _Jorge R_
DATE                    ORDRDLF2 #89780

INSPECTOR'S SIGNATURE



J P Auto Parts Dalewood St

# EXHIBIT 7

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION
14403 EAST PACIFIC AVENUE
BALDWIN PARK, CALIFORNIA 91706
(626) 960-4011, Ext. __462__

# NOTICE

JOB ADDRESS   _13470 DALEWOOD ST_

OWNER _NICHOLS LUMBER &_
_HARDWARE ATTN: VALERIE DEEN_

- _ZONING CODE 153.170.060_
_TEMPORARY SIGNS (A-B)_

- _REMOVAL ALL NON-PERMITTED_
_SIGNS INCLUDING BANNERS OR_
_TEMPORARY SIGNS UNTIL A PERMIT_
_HAS BEEN OBTAIN FROM THE_
_PLANNING DEPARTMENT IF_
_APPLICABLE_

- _PLEASE CORRECT ALL VIOLATIONS_
_ON OR BEFORE JANUARY 10, 2020_
_13:20PM_

- _FAILURE TO COMPLY MAY RESULT_
_IN ADMINISTRATIVE CITATION_
_AND/OR OTHER LEGAL ACTION(S)_

_01/06/2020_   _ORDONEZ #4180_
DATE                    INSPECTOR'S SIGNATURE



Nichols Lumber & Hardware 13470 Dalewood St

# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10



# EXHIBIT 11

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION
14403 EAST PACIFIC AVENUE
BALDWIN PARK, CALIFORNIA 91706
(626) 960-4011, Ext. _462_

# NOTICE

09:35A

JOB ADDRESS _14101 FRANCISQUITO AVE_
_SUITE 200_

OWNER _7 ELEVEN / AAKASH_    Employ

- _ZONING CODE 153.170.060_
_TEMPORARY SIGNS (A-B)_

- _REMOVAL ALL NON-PERMITTED_
_SIGNS INCLUDING ALL NON-_
_PERMITTED BANNERS OR_
_TEMPORARY SIGNS UNTIL A_
_TEMPORARY SIGN PERMIT HAS_
_BEEN OBTAIN FROM THE_
_PLANNING DEPARTMENT IF_
_APPLICABLE._

- _PLEASE CORRECT ALL VIOLATION_
_ON OR BEFORE JANUARY 20, 2020_
_09:35 AM_

- _FAILURE TO COMPLY MAY RESULT_
_IN ADMINISTRATIVE CITATION_
_AND/OR OTHER LEGAL ACTIONS_

X _Aakash_

_01/06/2020_          _ORDONEZ # 418C_
DATE                  INSPECTOR'S SIGNATURE



7 Eleven 14101 Francisquito Ave Suite 200



7 Eleven 14101 Francisquito Ave.Suite 200

# EXHIBIT 12



# EXHIBIT 13



# EXHIBIT 14



# EXHIBIT 15



# EXHIBIT 16



# EXHIBIT 17



# EXHIBIT 18



# EXHIBIT 19



# EXHIBIT 20



# EXHIBIT 21



# EXHIBIT 22

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION
### 14403 EAST PACIFIC AVENUE
### BALDWIN PARK, CALIFORNIA 91706
### (626) 960-4011, Ext. _462_

## NOTICE   09:45 AM

JOB ADDRESS _14101 FRANCISQUITO AVE SUITE 300_

OWNER _PARTNERS PERSONNEL_

- _ZONING CODE 153.170.060 TEMPORARY SIGNS (A-B)_

- _REMOVAL ALL NON-PERMITTED SIGNS INCLUDING ALL NON-PERMITTED BANNERS OR TEMPORARY SIGNS UNTIL A TEMPORARY SIGN PERMIT HAS BEEN OBTAIN FROM THE PLANNING DEPARTMENT IF APPLICABLE._

- _PLEASE CORRECT ALL VIOLATIONS ON OR BEFORE JANUARY 20, 2020 09:45 AM._

- _FAILURE TO COMPLY MAY RESULT IN ADMINISTRATIVE CITY CITATION AND/OR OTHER LEGAL ACTION(S)_

_01/06/2020_
DATE

_ORDONEZ #4180_
INSPECTOR'S SIGNATURE

## *14101 Francisquito Ave Suite# 300 (Partners Personnel / Case# 20-0010)*



# EXHIBIT 23

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION
### 14403 EAST PACIFIC AVENUE
### BALDWIN PARK, CALIFORNIA 91706
### (626) 960-4011, Ext. _462_

## NOTICE   0955AM

JOB ADDRESS _14080 FRANCISQUITO AVE_

OWNER _CARL'S JR / SUP. MONIQUE_

— _ZONING CODE 153.170.060
TEMPORARY SIGNS (A-B)_

— _REMOVE ALL NON-PERMITTED
SIGNS INCLUDING ALL BANNERS,
TEMPORARY SIGN OR FLAG SIGNS
UNTIL A TEMPORARY SIGN PERMIT
HAS BEEN OBTAIN FROM THE
PLANNING DEPARTMENT IF
APPLICABLE._

— _PLEASE CORRECT ALL VIOLATION(S)
ON OR BEFORE JANUARY 20, 2020
09:55._

— _FAILURE TO COMPLY MAY RESULT
IN ADMINISTRATIVE CITATION
AND/OR OTHER LEGAL ACTION(S)_

X _[signature]_

_01/06/2020_     _ORDONEZ #4180_
DATE             INSPECTOR'S SIGNATURE

### *13621 Francisquito Ave (Carl's Jr / Case# 20-0011)*





# EXHIBIT 24

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION

14403 EAST PACIFIC AVENUE
BALDWIN PARK, CALIFORNIA 91706
(626) 960-4011, Ext. 462

# NOTICE

10:15 AM

JOB ADDRESS 13999 FRANCISQUITO AVE.

OWNER WIENERSCHNITZEL B/O

- ZONING CODE 153.170.060 TEMPORARY SIGNS (A-B).

- REMOVAL ALL NON-PERMITTED SIGNS INCLUDING ALL NON-PERMITTED BANNERS OR TEMPORARY SIGNS UNTIL A PERMIT HAS BEEN OBTAIN FROM THE PLANNING DEPARTMENT IF APPLICABLE.

- PLEASE CORRECT ALL VIOLATIONS) ON OR BEFORE JANUARY 20, 2020 10:15 AM.

- FAILURE TO COMPLY MAY RESULT. IN ADMINISTRATIVE CITATION AND/OR OTHER LEGAL ACTIONS

01/06/2020          ORDONEZ #4180
DATE                INSPECTOR'S SIGNATURE

### *13999 Francisquito Ave (Winereschnitzel / Case# 20-0012)*





# EXHIBIT 25

# CITY OF BALDWIN PARK

## CODE ENFORCEMENT DIVISION
### 14403 EAST PACIFIC AVENUE
### BALDWIN PARK, CALIFORNIA 91706
### (626) 960-4011, Ext. _462_

# NOTICE    *10:30 AM*

**JOB ADDRESS** *13621 FRANCISQUITO AVE*

**OWNER** *TACO READY*

— *ZONING CODE 153.170.060*
*TEMPORARY SIGNS (A-B)*

— *REMOVAL ALL NON-PERMITTED*
*SIGNS INCLUDING ALL NON-*
*PERMITTED BANNERS OR*
*TEMPORARY SIGNS UNTIL A*
*PERMIT HAS BEEN OBTAIN*
*FROM THE PLANNING DEPARTMENT*
*IF APPLICABLE.*

— *PLEASE CORRECT ALL VIOLATION(S)*
*ON OR BEFORE JANUARY 20, 2020*
*10:30 AM*

— *FAILURE TO COMPLAY MAY*
*RESULT IN ADMINISTRATIVE*
*CITATION AND/OR OTHER*
*LEGAL ACTION(S)*

*01/06/2020*
**DATE**

*ORDONEZ #4180*
**INSPECTOR'S SIGNATURE**

### _13621 Fracisquito Ave (Taco Ready / Case# 20-0013)_





# EXHIBIT 26



Auto Tech Warehouse
Domestic/Import Auto Parts

**Payam Kourosmehr**
Vice President
Sales & Marketing

AUTO**TECH**
WAREHOUSE
GROUP

www.autotechwarehouse.com

Auto Tech Warehouse Corp.
13443 Dalewood St.
Baldwin Park, CA 91706

Direct: (626) 960-1243
Fax: (626) 856-3176
Cell: (626) 373-0793
payam@autotechwarehouse.com

45AM

JOB ADDRESS  13443 DALEWOOD ST

OWNER AUTO TECH WAREHOUSE
CORPORATION.

— ZONING CODE 153.170.060
TEMPORARY SIGNS (A-B)

— REMOVAL ALL NON-PERMITTED
SIGNS INCLUDING ALL NON-
PERMITTED BANNERS OR
TEMPORARY SIGNS UNTIL A
PERMIT HAS BEEN OBTAIN
FROM THE PLANNING DEPARTMENT
IF APPLICABLE.

— PLEASE CORRECT ALL VIOLATIONS
ON OR BEFORE JANUARY 20, 2020
11:45 AM

— FAILURE TO COMPLY MAY RESULT
IN ADMINISTRATIVE CITATION
AND/OR OTHER LEGAL ACTION(S)

01/06/2020        ORDONEZ #4280
DATE              INSPECTOR'S SIGNATURE

### *13443 Dalewood St (AutoTech Warehouse / Case# 20-0014)*







# EXHIBIT 27



**City of Baldwin Park**
**Code Enforcement Division**
**14403 East Pacific Avenue**
**Baldwin Park, CA 91706**
**(626) 960-4011 x-462**
**(626) 962-2625 Fax**

# Notice of Violation

**Date:  October 28, 2019**

**HERNANDEZ,MARIA JOSEFINA AND THE MARIA J HERNANDEZ REVOCABLE TRUST**
**119 S CALVADOS AVE**
**WEST COVINA, CA 91791-0000**

**RE:       Case No: CE-19-1357**
          **APN:     8543-025-048**
          **Address: 4451 MAINE AVE # A, BALDWIN PARK, CA**

To Whom It May Concern:

As you may be aware an inspection of the above property was conducted on **October 24, 2019**. In an effort to improve and beautify the community, the City is actively enforcing the City Municipal Code. Therefore, we need your cooperation in correcting the violations below that existed during the inspection.

This Notice of Violation is to inform you of the violation(s) and to advise you of any corrective action(s) that need to be completed. You may or may not have been aware that this property is in violation of the City Municipal Code and this Notice of Violation is an attempt to allow you the time necessary to correct the violation(s). Failure to take the necessary action(s) may result in the issuance of a misdemeanor citation, Administrative Citation(s), and/or other legal actions being taken to ensure compliance with the applicable code(s). The City would like to avoid taking any further action(s) and requests your cooperation in the correction of the violation(s).

The following violations were observed during the property inspection, it is necessary to perform the corrective action before the Compliance Date. Another inspection will be conducted on or immediately after the compliance date to verify compliance.

| Code Section: | Corrective Action: | Compliance Date: |
|---|---|---|
| BPMC § 111.03(A). <u>Business License Required</u>. Cease conducting business and submit a Business License packet to the City of Baldwin Park. Submitting a Business License packet does not quarantee your business license is approved. The Business License will be <u>considered</u> approved once you receive your permit in the mail from the Business License Department | Immediately cease conducting business in the City of Baldwin Park until you submit a Business License Packet and obtain approval to conduct this type of business in the City Of Baldwin Park. Business License is obtained from the Finance Department. Failure to comply with this Notice could result in administrative citation, a Misdemeanor Criminal Prosecution and or other legal action. | 11/12/19 |
| BPMC 153.170.060 (a), (b).<br><br>Temporary commercial signs for a business grand opening or advertising of a special product, sale or event may be permitted on the site of the business to which the message pertains. The | Any banner, or other non-permitted signage not adhering to the Baldwin Park Municipal Code must be removed immediately. Failure to remove banners immediately will result in administrative citations. | 11/12/19 |

following types of temporary signs are permitted under such circumstances, provided they comply with the applicable standards provided.

  (A)  *Permitted temporary signs.* In addition to exempt temporary signs pursuant to § 153.170.040(C), upon application for and approval of a permit the following types of temporary signs may be displayed on the site of any non-residential property, provided they comply with applicable standards provided in division (B) below:

  (1)  A banner not exceeding 35 square feet.

  (2)  A single-pole flag with ground spikes not exceeding 35 square feet.

  (B)  *Standard for temporary signs.* Such temporary signs under division (A) above shall comply with the following standards:

  (1)  *Maximum number.* A maximum of one banner and one single-pole flag permitted under this section may be displayed for each non-residential property at any given time.

  (2)  *Maximum duration.* Each temporary sign may be displayed for a maximum of 30 consecutive days. Temporary signs may be displayed up to four nonconsecutive times within a 12-month period.

  (3)  *Location and attachment.* Temporary banner signs shall be attached to the main building wall or fence and shall not extend above the roofline or height of the wall or fence on which they are located.

  (4)  *Balloons.* Balloons shall not be used in conjunction with any temporary sign.

  (5)  *Attachment and illumination.* Temporary banner signs shall not be freestanding or illuminated.

  (6)  *Safety and maintenance.* Temporary signs shall be kept in a safe and presentable condition.

| | | |
|---|---|---|
| | | |

If you have any further questions, special circumstances or need the Code Enforcement Officer to contact you, you may contact the Code Enforcement Division at (626) 960-4011 x-462 on Monday through Thursday between the hours of 8:00 AM and 5:00 PM.

Thank you for your cooperation in this matter,

Melissa Galceran
Code Enforcement Technician

| *Photographs* |
|---|



Any banner, or other non-permitted signage not adhering to the Baldwin Park Municipal Code must be removed immediately. Failure to remove banners immediately will result in administrative citations.



**City of Baldwin Park**
**Code Enforcement Division**
**14403 East Pacific Avenue**
**Baldwin Park, CA 91706**
**(626) 960-4011 x-462**
**(626) 962-2625 Fax**

# Notice of Violation

**Date: October 28, 2019**

**OWNER/OCCUPANT(S)**
**4451 MAINE AVE # A**
**BALDWIN PARK, CA 91706-0000**

**RE:**     **Case No: CE-19-1357**

         **APN:    8543-025-048**

         **Address: 4451 MAINE AVE # A, BALDWIN PARK, CA**

To Whom It May Concern:

As you may be aware an inspection of the above property was conducted on **October 24, 2019**. In an effort to improve and beautify the community, the City is actively enforcing the City Municipal Code. Therefore, we need your cooperation in correcting the violations below that existed during the inspection.

This Notice of Violation is to inform you of the violation(s) and to advise you of any corrective action(s) that need to be completed. You may or may not have been aware that this property is in violation of the City Municipal Code and this Notice of Violation is an attempt to allow you the time necessary to correct the violation(s). Failure to take the necessary action(s) may result in the issuance of a misdemeanor citation, Administrative Citation(s), and/or other legal actions being taken to ensure compliance with the applicable code(s). The City would like to avoid taking any further action(s) and requests your cooperation in the correction of the violation(s).

The following violations were observed during the property inspection, it is necessary to perform the corrective action before the Compliance Date. Another inspection will be conducted on or immediately after the compliance date to verify compliance.

| Code Section: | Corrective Action: | Compliance Date: |
|---|---|---|
| BPMC § 111.03(A). Business License Required. Cease conducting business and submit a Business License packet to the City of Baldwin Park. Submitting a Business License packet does not quarantee your business license is approved. The Business License will be considered approved once you receive your permit in the mail from the Business License Department | Immediately cease conducting business in the City of Baldwin Park until you submit a Business License Packet and obtain approval to conduct this type of business in the City Of Baldwin Park. Business License is obtained from the Finance Department. Failure to comply with this Notice could result in administrative citation, a Misdemeanor Criminal Prosecution and or other legal action. | 11/12/19 |
| BPMC 153.170.060 (a), (b).<br><br>Temporary commercial signs for a business grand opening or advertising of a special product, sale or event may be | Any banner, or other non-permitted signage not adhering to the Baldwin Park Municipal Code must be removed immediately. Failure to remove banners immediately will result in administrative citations. | 11/12/19 |

permitted on the site of the business to which the message pertains. The following types of temporary signs are permitted under such circumstances, provided they comply with the applicable standards provided.

(A)   *Permitted temporary signs.* In addition to exempt temporary signs pursuant to § 153.170.040(C), upon application for and approval of a permit the following types of temporary signs may be displayed on the site of any non-residential property, provided they comply with applicable standards provided in division (B) below:

(1)   A banner not exceeding 35 square feet.

(2)   A single-pole flag with ground spikes not exceeding 35 square feet.

(B)   *Standard for temporary signs.* Such temporary signs under division (A) above shall comply with the following standards:

(1)   *Maximum number.* A maximum of one banner and one single-pole flag permitted under this section may be displayed for each non-residential property at any given time.

(2)   *Maximum duration.* Each temporary sign may be displayed for a maximum of 30 consecutive days. Temporary signs may be displayed up to four nonconsecutive times within a 12-month period.

(3)   *Location and attachment.* Temporary banner signs shall be attached to the main building wall or fence and shall not extend above the roofline or height of the wall or fence on which they are located.

(4)   *Balloons.* Balloons shall not be used in conjunction with any temporary sign.

(5)   *Attachment and illumination.* Temporary banner signs shall not be freestanding or illuminated.

| (6)  *Safety and maintenance.* Temporary signs shall be kept in a safe and presentable condition. | | |
|---|---|---|

If you have any further questions, special circumstances or need the Code Enforcement Officer to contact you, you may contact the Code Enforcement Division at (626) 960-4011 x-462 on Monday through Thursday between the hours of 8:00 AM and 5:00 PM.

Thank you for your cooperation in this matter,

Melissa Galceran
Code Enforcement Technician

| *Photographs* |
|---|



Any banner, or other non-permitted signage not adhering to the Baldwin Park Municipal Code must be removed immediately. Failure to remove banners immediately will result in administrative citations.



