BROWNSTEIN HYATT FARBER SCHRECK, LLP
MITCHELL J. LANGBERG (State Bar No. 171912)
mlangberg@bhfs.com
EMILY L. DYER (State Bar No. 321707)
edyer@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 702.464.7098
Facsimile: 310.500.4602

Attorneys for Defendant
CITY OF BALDWIN PARK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BALDWIN PARK FREE SPEECH COALITION, an unincorporated association, ROBERT EHLERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BALDWIN PARK,<br><br>Defendant. | Case No. 2:19-cv-09864 CAS-Ex<br><br>Assigned to Honorable Christina A. Snyder<br><br>**ORDER GRANTING STIPULATION FOR:**<br><br>**1. DEFENDANT TO FILE AMENDED OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION,**<br><br>**AND**<br><br>2. PLAINTIFFS TO HAVE A ONE DAY EXTENSION TO JANUARY 29, 2020, TO FILE REPLY BRIEF<br><br>Action Filed: November 18, 2019 |

Plaintiffs BALDWIN PARK FREE SPEECH COALITION and ROBERT EHLERS (collectively, "Plaintiffs") and Defendant CITY OF BALDWIN PARK ("Defendant") submitted a Stipulation to the Court to continue the hearing on the Motion for Issuance of a Preliminary Injunction ("Motion") from February 3, 2020 to February 10, 2020.

/ / /

IT IS HEREBY ORDERED that:

1) Defendant's Amended Opposition to Plaintiffs' Motion for Preliminary Injunction is permitted and will be the operative opposition considered by the Court; and

2) Plaintiffs' reply is due by January 29, 2020.

IT IS SO ORDERED.

Dated: January 24, 2020

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge