BROWNSTEIN HYATT FARBER SCHRECK, LLP
MITCHELL J. LANGBERG (State Bar No. 171912)
mlangberg@bhfs.com
EMILY L. DYER (State Bar No. 321707)
edyer@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 702.464.7098
Facsimile: 310.500.4602

Attorneys for Defendant
CITY OF BALDWIN PARK

'CLOSED" 'O'

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BALDWIN PARK FREE SPEECH COALITION, an unincorporated association; ROBERT EHLERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BALDWIN PARK,<br><br>Defendant. | CASE NO.: 2:19-cv-09864 CAS-Ex<br><br>Assigned to Honorable Christina A. Snyder<br><br>**[PROPOSED]** JUDGMENT<br><br>Date: October 18, 2021<br>Time: 10:00 a.m.<br>Ctrm: 8D<br><br>Action Filed: November 18, 2019 |

WHEREAS, Defendant City of Baldwin Park (the "City") filed a Motion for Summary Judgment (Dkt. # 75);

WHEREAS, Plaintiff Baldwin Park Free Speech Coalition's filed a Non-Opposition to Motion for Summary Judgment (Dkt. # 76);

WHEREAS, the City filed a Reply in Support of the Motion for Summary Judgment (Dkt. # 77);

WHEREAS, the Court, Hon. Christina A. Snyder, issued a tentative ruling on the Motion for Summary Judgment on October 13, 2021;

WHEREAS, the Court held a hearing on the Motion for Summary Judgment on October 18, 2021;

///

WHEREAS, the Court having found good cause therefore, adopted its tentative ruling, and entered a Civil Minute Order on October 18, 2021, granting the City's Motion for Summary Judgment (Dkt. # 82).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Each of Plaintiff Baldwin Park Free Speech Coalition's remaining causes of action alleged against the City are dismissed with prejudice;

2. Judgment is entered in favor of the City and against Plaintiff Baldwin Park Free Speech Coalition;

3. The City is deemed the prevailing party; and

4. Pursuant to agreement of the parties, each party will bear their own fees and costs.

IT IS SO ORDERED.

Dated: October 26, 2021

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE